```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 08 B 27179
  NENOS ODISHO
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8713

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 10/09/2008 and was not confirmed.

     The case was dismissed without confirmation 11/10/2008.
-----------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                          PAID           PAID
-----------------------------------------------------------------------

MICHELOTTI & ASSOCIATES  DEBTOR ATTY          .00                           .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         --------------        --------------
TOTALS                         .00                   .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 02/24/09             _____

                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```